Matter of Kinsley (2025 NY Slip Op 04827)

Matter of Kinsley

2025 NY Slip Op 04827

Decided on August 28, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 28, 2025

PM-182-25
[*1]In the Matter of Donald Robert Kinsley, an Attorney. (Attorney Registration No. 5523030.)

Calendar Date:August 25, 2025

Before:Aarons, J.P., Lynch, Ceresia, Fisher and Powers, JJ.

Donald Robert Kinsley, Kennett Square, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Donald Robert Kinsley was admitted to practice by this Court in 2017 and lists a business address in Wilmington, Delaware with the Office of Court Administration. Kinsley now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Kinsley's application.
Upon reading Kinsley's affidavit sworn to August 11, 2025 and filed August 13, 2025, and upon reading the August 21, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Kinsley is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Aarons, J.P., Lynch, Ceresia, Fisher and Powers, JJ., concur.
ORDERED that Donald Robert Kinsley's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Donald Robert Kinsley's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Donald Robert Kinsley is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Kinsley is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Donald Robert Kinsley shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.